UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH ASHLINE, | : | CASE NO. 3:18-CV-0434 |
| Plaintiff | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| TRI-STATE ENVELOPE CORPORATION, *et al.*, | : | |
| Defendants | : | |

## ORDER
November 27, 2018

**IT IS ORDERED** that the motion (doc. 19) to dismiss filed by defendant R.P. Mills Associates, Inc. is **GRANTED** and the claims against R.P. Mills Associates, Inc. are **DISMISSED**. The Clerk of Court shall defer entering judgment until all claims against all parties have been decided.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge